IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHNNY JAMES UPSHAW,

    Petitioner,

v.	4:14cv155–WS/CAS

JULIE L. JONES, Secretary,
Department of Corrections,

    Respondent.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 26) docketed October 18, 2016. The magistrate judge recommends that the petitioner's amended § 2254 petition (doc. 16) be denied. The petitioner has filed no objections to the magistrate judge's report and recommendation.

Having reviewed the magistrate judge's report and recommendation, this court has determined that the magistrate judge correctly determined that the petitioner is not entitled to federal habeas relief. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 12) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's amended petition for writ of habeas corpus (doc. 16) is GRANTED.

3. This action is DISMISSED.

4. The clerk shall enter judgment stating: "Petitioner's § 2254 petition for writ of habeas corpus is DENIED and this action is DISMISSED.

5. A certificate of appealability is DENIED.

DONE AND ORDERED this __2nd__ day of __December__, 2016.

                        s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE